IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION



| | |
|---|---|
| VOLUNTEERS OF AMERICA GREATER SOUTHEAST, INC., and VOLUNTEERS OF AMERICA OF GEORGIA, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No.: 4:12CV179 |
| CITY OF SPRINGFIELD, and CITY OF SPRINGFIELD PLANNING and ZONING BOARD, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Having considered the Plaintiffs' Motion and Memorandum for Leave to File Documents Under Seal the Court hereby grants Volunteers of America Greater Southeast, Inc. and Volunteers of America of Georgia, Inc.'s request to file their attached *Rule 3.2 Certificate of Interested Parties – Part II* under seal.

SO ORDERED this 26TH day of June, 2012.

United States ~~District~~ Magistrate Judge
Southern District of Georgia

Prepared By:

Sarah H. Lamar
State Bar No. 431185
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412
(912) 236-0261