IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 23  AM 11: 07

CLERK _____
SO. DIST. OF GA.

VOLUNTEERS OF AMERICA ) 
GREATER SOUTHEAST, INC., )
and VOLUNTEERS OF )
AMERICA OF GEORGIA, INC., )
 )
    Plaintiffs, )
 )
v. )    Civil Action No.: CV412-179
 )
CITY OF SPRINGFIELD, and CITY OF )
SPRINGFIELD PLANNING and ZONING )
BOARD, )
 )
    Defendants. )

## ORDER OF DISMISSAL

This cause came before the court on the parties' *Stipulation of Dismissal* pursuant to Rule 41(a)(1), *Fed.R.Civ.P.* and Local Rule 41.2. The parties stipulated for the dismissal of all claims asserted by plaintiffs Volunteers of America Greater Southeast, Inc. and Volunteers of America of Georgia, Inc., against defendant City of Springfield Planning and Zoning Board. Based on the stipulation, IT IS ORDERED that defendant CITY OF SPRINGFIELD PLANNING AND ZONING BOARD is dismissed from this lawsuit, with each side to bear its own costs and fees. This case will proceed on the claims of plaintiffs Volunteers of America Greater Southeast, Inc. and Volunteers of America of Georgia, Inc., against defendant City of Springfield.

Done this **23** day of August, 2012.

United States District Judge
Southern District of Georgia